■ In the Matter of CHRISTINA F. RICH, an Attorney, Resignor. [767 NYS2d 316] —Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of BEAUFORT N. WILLBERN, an Attorney, Resignor. [767 NYS2d 316] —Resignation accepted and name stricken from the roll of attorneys. Present—Pine, J.P., Hurlbutt, Kehoe, Burns and Hayes, JJ.